**RFR INDUSTRIES, INC.,**
Plaintiff–Appellant,

v.

**REX–HIDE INDUSTRIES, INC.,**
Defendant/Third Party
Plaintiff–Appellee,

v.

Century Steps, Inc. (doing business as
Century Precast), Third Party
Defendant–Appellee.

No. 2008–1399.

United States Court of Appeals,
Federal Circuit.

Dec. 4, 2008.

Rehearing and Rehearing En Banc
Denied Jan. 15, 2009.

Robert G. Oake, Jr., Oake Law Office, of Allen, TX, argued for plaintiff-appellant.

Chris Flood, Flood & Flood, of Houston, TX, for defendant/third party plaintiff-appellee.

John R. Emerson, Haynes and Boone, LLP, of Dallas, TX, argued for third party defendant-appellee. With him on the brief was William D. White.

LOURIE, SCHALL, and PROST, Circuit Judges.

### Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.